IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| BALLENTINE EXPRESS CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 2:21-cv-02242-TLP-cgc |
| v. | ) |
| | ) JURY DEMAND |
| EAN HOLDINGS, LLC, d/b/a Enterprise Rentals and STEVEN D. BARKSDALE, | ) ) |
| | ) |
| Defendants. | ) |

**VERDICT FORM**

Did Plaintiff Ballentine Express Corporation prove by a preponderance of the evidence that EAN Holdings, LLC, doing business as Enterprise Rentals, agreed to provide Plaintiff with a limit of $750,000 in Business Travel Insurance ("BTI") coverage?

Answer: Yes: _____ No: ___✓_____

_____
PRESIDING JUROR

___2/23/23_____
DATE